**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DETRICK DEWAYNE HARRIS**                                                              **PLAINTIFF**

**V.**                                                                          **NO. 4:16-CV-6-DMB-RP**

**STATE OF MISSISSIPPI, et al.**                                                   **DEFENDANTS**


**ORDER DENYING POST-JUDGMENT RELIEF**

On January 15, 2016, Detrick Dewayne Harris filed a complaint in this Court asserting numerous causes of actions against various state and federal officials and entities. Doc. #1. Harris' complaint alleged that the "Federal Government/'Nuclear Regulatory Committee'" and prison officials have, among other things: (1) allowed an "Instrument to approach [him] upon [his] left wrist area" and accuse him of offenses committed in Scott County, Mississippi, since 1993; (2) tampered with his left wrist with "nitrogen atoms" in a "cycle;" (3) placed a bar code on his wrist; and (4) tried to stop him "from receiving help for the Radiation Outbreak." *Id*. at 4, 7.

On June 1, 2016, this Court entered an order dismissing the complaint because the allegations in the pleading were "clearly baseless, fanciful, fantastic, and/or delusional." Doc. #8. The Court entered a final judgment the same day. Doc. #9. After the entry of final judgment, the Court received three filings from Harris: (1) a "Motion for Leave to File Extension and Other Sufficient Pleadings as Follow [sic]," which was received on June 24, 2016, Doc. #10; (2) a "Motion to File for Relief from Judgment," which is dated August 18, 2016, and was received on August 23, 2016, Doc. #11; and (3) a "Motion to File for Relief Trial De Novo Review and Other Sufficient Pleadings," which is dated December 6, 2016, and was received by the Court on December 8, 2016, Doc. #12. The Court denied these motions on March 8, 2017. Doc. #13.

Following the denial of his initial wave of post-judgment motions, Harris filed three more documents: (1) a "Motion for Leave to File Pleadings and other Sufficient Pleadings as Follow!," Doc. #14, which is in substance a motion to amend his complaint; (2) a "Motion for Leave to File for Relief and Other Sufficient Pleadings as Follow!," Doc. #15, which is in substance a motion for reconsideration; and (3) a "Motion for Leave to File Pleadings and Other Sufficient Pleadings as Follow!," Doc. #16, which is in substance a motion to amend his complaint.

Upon consideration, the motions to amend [14][16], which seek leave to add factually frivolous allegations of hypnosis and various medical procedures, are **DENIED** as futile. *See Whitley v. Hanna*, 726 F.3d 631, 648 (5th Cir. 2013) ("Leave to amend ... may be denied when amendment would be futile."). Additionally, the motion for reconsideration [15], which argues that reassignment of this action from United States Magistrate Judge S. Allan Alexander to United States Magistrate Roy Percy violated Harris' due process rights, is **DENIED** because Harris has failed to show how the reassignment, which occurred well after final judgment, undermines this Court's conclusion that Harris' initial claims were frivolous.

**SO ORDERED**, this 17th day of October, 2017.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**